**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **DEBRA SUE WOOD,** | Case No. 17-46501-mar<br>Chapter 7 |
| Debtor(s). | Hon. Mark A. Randon |

---

| | |
|---|---|
| **TIMOTHY J. MILLER, TRUSTEE** | |
| Plaintiff, | |
| vs. | |
| **NORMAN CHAPMAN, JR.,** | Adv. Pro. No. 18-04057-mar<br>Hon. Mark A. Randon |
| Defendant(s). | |

---

## ORDER FOR DEFAULT JUDGMENT

Plaintiff, Timothy J. Miller, Trustee, having filed a motion for default judgment and affidavit in support:

**IT IS HEREBY ORDERED THAT** Plaintiff is authorized to:

1. Market and sell real property located at 1407 Ridgeway, Vincennes, IN 47591 free and clear of all liens, encumbrances, claims, and interests, with all such liens, encumbrances, claims, and interests attaching to the sale proceeds in the same order, priority, and validity that presently exists; and

2. Charge Defendant for one-half of the costs and expenses of selling the property.

**Signed on March 15, 2018**

3.



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge